

FILED

FEB 18 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Daray D. Woodard (CDCR# BG7172)    2:22-cv-317-KJN (PC)
(Name of Plaintiff)                 (Case Number)
CSP-LAC/D-3/
(Address of Plaintiff)
P.O. Box 8457
Lancaster, CA. 93539                42 U.S.C. §1983
vs.                                 COMPLAINT

Cpt. E. Hobbs                       Sgt. J. Bordewick
Lt. C. Enos                         Sgt. K. Fenika
Lt. M. Banks                        C/O B. Corralejo
(Names of Defendants)               CCI: Hightower

I. Previous Lawsuits:

　　A. Have you brought any other lawsuits while a prisoner:　☐ Yes　☑ No

　　B. If your answer to A is yes, how many?: __N/A__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

　　　　1. Parties to this previous lawsuit:

　　　　　　Plaintiff __N/A__

　　　　　　Defendants __N/A__

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983                    Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)
**N/A**

3. Docket Number **N/A**

4. Name of judge to whom case was assigned **N/A**

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
**N/A**

6. Approximate date of filing lawsuit **N/A**

7. Approximate date of disposition **N/A**

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
If your answer is no, explain why not **N/A**

C. Is the grievance process completed?   ☐ Yes   ☑ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant **E. Hobbs** is employed as **Captain** at **Mule Creek State Prison**

B. Additional defendants **C. Enos, Lt. MCSP; M. Banks, Lt. MCSP; J. Bordewick, Sgt. MCSP; K. Fenika, Sgt. MCSP; B. Corralejo, C/o, MCSP; CC1: Hightower, MCSP; Peirce, C/o, MCSP; Warden(?), MCSP**

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Plaintiff attended ICC for a SHU term assessment on 10/14/21. The committee concluded that they were going to override the Lev. IV 180 placement recomendation and discharge him from the ASU onto "A" facility at MCSP. Plaintiff notified the ICC members at that time that he had legitimate safty concerns and feared that he would be killed if they released him to "A" facility at MCSP. due to an unpaid drug debt that was created by his brother prior to being transferred to another prison. The ICC members were
* (See Attached Sheets) *

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Plaintiff requests $1,000,000.00 from each of the defendants, otherwise a jury trial is demanded.

Signed this 2 day of FEBUARY, 20 22.

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

2-2-22

(Date)

(Signature of Plaintiff)

1 | negligent and indifferent to my safty concerns and the Warden,
2 | Sgt. J. Boredwick and CCI: Hightower even found my claims to
3 | be rather humorous and comicly joked amoungst themselves
4 | about the predicament that they were going to place in. Plaintiff
5 | then re-asured them that his life would be placed in jeopardy
6 | if discharged there since his mother (Brandy Jones) had already
7 | received several threatening phone calls from the MCSP
8 | inmate phones demanding that the debt be paid. They
9 | then started to laugh and told plaintiff: "Go man up,
10 | its your problume not ours." Plaintiff then plead with
11 | them to conduct an investigation regarding the validity
12 | of his claims, but they refused and said: "You should be
13 | alright, you're a big tuff guy." Plaintiff was then issued
14 | Rule Violation Report Log #: 7128435 for the
15 | Specific Act(s) of: "Refusing to Accept Assigned Housing/
16 | Delaying a P.O." Sgt. J. Boredwick then told plaintiff:
17 | "We don't need to do shit for you; just stop being a
18 | little bitch ass coward and go face reality. Its
19 | your brothers fault - not ours, so you're going to
20 | "A" yard." Plaintiff then said: "I'm not going to "A"
21 | yard." Plaintiff was then issued a new ASU lock
22 | up order and at ICC the warden told plaintiff:
23 | "I don't care what you say, I'm forcing you onto
24 | "A" yard." Then as plaintiff was exiting the committee
25 | room C/O: Peirce was standing there with a wheel
26 | chair and they used physical force to wrestle me
27 | into the chair and used mechanical restraints to
28 | secure me to the chair and then I was rolled to

1  "A" yard. My mother (Brandy Jones) made numerous
2  phone calls to MCSP to plead with prison staff pertaining
3  to my safety and security being in jeopardy due to
4  be housed on "A" facility, but they continued to be
5  sadistically callous hearted, and negligent towards
6  my welfare and even blocked my mothers phone
7  from being able to call the prison. So, as a result
8  of the defendants carelessness by forcing me to be
9  housed on "A" yard I found myself in constant fear
10 of being killed and I was targeted, physically assaulted
11 and extorted numerous times. On 12/2/21 I was
12 the victim of a 4 on 1 assault and when they
13 had me down on the ground punching and kicking
14 me the were all yelling: "You shouldn't have come
15 here." Then after they finished beating me one
16 of them said: "Tell your brother that we whooped
17 your ass because hes a bitch." At that time
18 the alarm was finally activated and the four
19 individuals fled in different directions — only one
20 was apprehended, which was amplified affirmation
21 that my life was in grave imminent danger if I
22 were to be returned to that facility, so while being
23 detained inside of a holding cage in the program
24 office I solemnly urged and plead with the prison
25 officials not to place me back in harms way
26 by placing me back on "A" yard, but they just remain-
27 ed indifferent and laughed and joked and said:
28 "Well then you're going to die, because you're going."

Then they forged my signature on the Compatability Chrono after I refused to sign it and I was then returned to "A" yard. At 3:15 the control booth opened my cell to use the phone and when I was talking to my mother I/M: Booker; CDCR#: BE3590 ran up on my side and proceeded to perform a vicious violent attack on me by stabbing me multiple times in the side of my neck. Then after I was re-housed in the ASU Sgt. J. Boredwick came to my cell and told me: "Well, I see they kicked your ass and tried to kill you so I guess now we really do have to send you out of here. At least you tried to man up and program — I'm sorry that it had to end like this; but that should teach you not to play with the game". He then asked me: "Where would you like to go?" I said: "Lancaster or Donovan." He then said: "I got you—" and returned 10 minutes opened the tray slot in the cell door and threw 2 box lunches at me and said: "That should hold you."