IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DARAY D. WOODARD,** | 2:22-cv-0317 KJN P |
| Plaintiff, | ~~(PROPOSED)~~ ORDER |
| v. | |
| **CPT. E. HOBBS, et al.,** | Judge: The Hon. Kendall J. Newman |
| | Trial Date: Not set |
| Defendants. | Action Filed: February 18, 2022 |

Plaintiff is a state prisoner, proceeding pro se. Defendants seek administrative relief in the form of a ninety-day extension of time in which to file a responsive pleading.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 14) is granted; and

2. Defendants shall file a responsive pleading on or before September 22, 2022.

Dated:  June 15, 2022

/wood0317.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE