IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARAY D. WOODARD,**<br><br>   Plaintiff,<br><br>   v.<br><br>**CPT. E. Hobbs, et al.,**<br><br>   Defendants. | Case No. 2:22-cv-0317 KJN P<br><br>[PROPOSED] ORDER VACATING REFERRAL TO POST-SCREENING ADR; ORDER VACATING JANUARY 26, 2023 SETTLEMENT CONFERENCE AND VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

   Plaintiff is a state prisoner, proceeding pro se.  On January 18, 2023, defendants filed a request to opt out of this Court's post-screening ADR Project.  After reviewing the request, the undersigned finds good cause to grant the request.  In light of this order, the January 26, 2023 settlement conference before Magistrate Judge Allison Claire is vacated, and the December 8, 2022 writ of habeas corpus ad testificandum for plaintiff's attendance is vacated.  By separate order, the court will set a schedule for this case.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Defendants' request to opt out of the post-screening ADR project (ECF No. 22) is granted.

   2. The stay of this action is lifted.

3.  The January 26, 2023 settlement conference before Magistrate Judge Allison Claire (ECF No. 20) is vacated.

4.  The December 8, 2022 writ of habeas corpus ad testificandum for plaintiff's attendance (ECF No. 21) is vacated.

5.  The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California State Prison, Los Angeles County at (661) 729-6994 or via email; and to serve a copy of this order on the Warden, California State Prison, Los Angeles County, P.O. Box 8457, Lancaster, California  93539.

Dated:  January 23, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wood0317.opt