UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARAY D. WOODARD, | No. 2:22-cv-0317 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CPT. E. HOBBS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. On March 20, 2023, plaintiff filed a motion for extension of time, claiming he needs an additional sixty days to "gather evidence in preparation for depositions scheduled by defense counsel for March of 2023." (ECF No. 25 at 1.) As set forth below, plaintiff's motion is denied without prejudice.

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

////

1

This action was filed on February 18, 2022. On January 24, 2023, the court issued its discovery and scheduling order, and discovery is to be completed by May 19, 2023.

In the instant motion, plaintiff does not indicate the date his deposition was noticed. Moreover, he fails to identify what discovery he has undertaken to date, or what efforts he has made to gather evidence in support of his claims. Rather, he claims only that he is a participant in the mental health delivery system at the enhanced out-patient level of care. While the undersigned is sympathetic to such concerns, plaintiff is required to diligently prosecute this action and cannot find that such concerns, standing alone, constitute good cause. Plaintiff may seek a stipulation from defense counsel to continue the deposition, and the instant motion is denied without prejudice to plaintiff renewing his motion upon a proper showing.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 25) is denied without prejudice.

Dated: March 24, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wood0317.36d

2